# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ELIAS GUARDADO LOPEZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>G&G INVESTMENTS, INC., et al.<br><br>    Defendants. | Case No. 1:16-cv-02157 (RJL/RMM) |

## NOTICE OF SETTLEMENT

The parties have reached an agreement-in-principle to settle this matter, and they expect to finalize a settlement agreement — and file a stipulation of dismissal — within the next 21 days.

Date: May 23, 2018

Respectfully submitted,

/s/Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6084
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*